UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
CHARLES SAUNDERS,

                    Plaintiff,

-against-

                                                  **OPINION & ORDER**
                                                  06-CV-6145 (SJF) (WDW)

ELON MARKEWITZ,

                    Defendant.
----------------------------------------X
FEUERSTEIN, J.

       On November 13, 2006, *pro se* plaintiff Charles Saunders ("Plaintiff") commenced this action pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, violations of his civil rights. On November 30, 2006, the Court issued an order *sua sponte* dismissing Plaintiff's complaint. Saunders v. Markewitz, No. 06-CIV-6145 (E.D.N.Y. Nov. 30, 2006). The Court found that Plaintiff's complaint failed to state a claim upon which relief could be granted. Nevertheless, pursuant to Fed. R. Civ. P. 15(a), the Court gave Plaintiff thirty (30) days from the date of the order to file an amended complaint asserting a valid federal claim. The Court stated: "If Plaintiff fails to submit an amended complaint within thirty (30) days of the date of this order, the complaint shall be dismissed with prejudice, and the case will be closed." Id. at 5. Petitioner has failed to file an amended complaint.

       Accordingly, this action is dismissed. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

/s/
Sandra J. Feuerstein
United States District Judge

Dated: May 16, 2006
       Central Islip, New York

Copies to:

Charles Saunder, *Pro Se*
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901